UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APAROOP CHAKRABORTY,<br><br>        Plaintiff,<br><br>    v.<br><br>HEXAWARE TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 24-cv-03458-VC<br><br>**ORDER GRANTING MOTION TO COMPEL**<br><br>Re: Dkt. No. 11 |

      Hexaware's motion to compel arbitration is granted and the case stayed pending arbitration. The arbitration provision provides that claims "regarding issues of arbitrability, the validity, scope, and enforceability of this Agreement, jurisdiction, as well as any gateway, threshold, or any other challenges to this Agreement, including claims that this Agreement is unconscionable," will be submitted to arbitration. It therefore clearly and unmistakably shows an intent to delegate threshold issues of arbitrability, including unconscionability, to the arbitrator. Because Chakraborty has not argued that the delegation provision itself is unconscionable, the motion to compel must be granted. *See Rent-A-Center, West, Inc. v. Jackson*, 561 U.S. 63, 68–69, 72–75 (2010). The parties are ordered to file a joint status report every 120 days until the arbitration is terminated. If the parties prefer to avoid this obligation, they may stipulate to dismiss this action without prejudice and that the defendant waives any statute of limitations defense based on the period the dispute is with the arbitrator.

      **IT IS SO ORDERED.**

Dated: September 9, 2024

                                        VINCE CHHABRIA
                                        United States District Judge